UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No. CV 20-6980-E                                    Date: November 5, 2020

Title: JONG JA KIM v. K K KATHY, LLC, ET AL.

**DOCKET ENTRY**

**PRESENT:**

HON. **CHARLES F. EICK**, JUDGE

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                         None

**PROCEEDINGS:   (IN CHAMBERS)**

**PROCEEDINGS:   (IN CHAMBERS)   ORDER TO SHOW CAUSE (OSC) RE DISMISSAL FOR LACK OF PROSECUTION**

   This action was filed on August 3, 2020.  Plaintiff has not filed any proof of service of the Summons and Complaint.  No Defendant has filed a response to the Complaint or a request for an extension of time to file a response to the Complaint, or otherwise has appeared in the action.  Plaintiff has not requested the entry of default.

   The Court, on its own motion, orders Plaintiff to show cause in writing, no later than December 3, 2020, why this action should not be dismissed for lack of prosecution and for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.  Failure to file a timely response to this Order may result in dismissal of the action.

cc: All Counsel of Record

MINUTES FORM 11                                                                Initials of Deputy Clerk   SP
CIVIL-GEN